# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KELLEY HAYES,

    Plaintiff(s),

v.

AUTOTEX MGA, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-01938-GMN-NJK

**Order**

Documents filed in this Court must be redacted to include only the initials for minor children. Local Rule IC 6-1(a)(2). The parties have filed numerous documents that violate this rule. Accordingly, the Clerk's Office is **INSTRUCTED** to seal Docket Nos. 1, 2, 3, 4, 6, 8, and 9. The party responsible for filing each of those documents must file a properly redacted version no later than October 18, 2018.

**The Court expects strict compliance moving forward with all applicable rules.**

IT IS SO ORDERED.

Dated: October 11, 2018

                                                      Nancy J. Koppe
                                                      United States Magistrate Judge