# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KELLEY HAYES,
    Plaintiff(s),

v.

AUTOTEX MGA, INC., et al.,
    Defendant(s).

Case No.: 2:18-cv-01938-GMN-NJK

**Order**

[Docket No. 47]

Defendant Autotex filed a notice of intent to serve a subpoena. Docket No. 47. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced-document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: March 11, 2019

                                        Nancy J. Koppe
                                        United States Magistrate Judge