| | |
|---|---|
| 1 | Steve Morris, NV Bar No. 1543 |
| 2 | Rosa Solis-Rainey, NV Bar No. 7921 |
| | MORRIS LAW GROUP |
| 3 | 411 E. Bonneville Ave., Ste. 360 |
| 4 | Las Vegas, Nevada 89101 |
| | Telephone: (702) 474-9400 |
| 5 | Email: sm@morrislawgroup.com |
| 6 | Email: rsr@morrislawgroup.com |
| 7 | |
| | Attorney for Defendant, |
| 8 | *AUTOTEX MGA, INC.* |

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KELLEY HAYES, | CASE NO.: 2:18-CV-01938-GMN-NJK |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT AUTOTEX MGA, INC. ONLY |
| vs. | |
| WINDHAVEN NATIONAL INSURANCE COMPANY; AUTOTEX MGA, INC., DMA CLAIMS INC., DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

THE PARTIES HEREBY STIPULATE AS FOLLOWS:

      Plaintiff, Kelley Hayes and Defendant, AutoTex MGA, Inc., by and through their undersigned counsel, hereby stipulate to dismiss all claims against AutoTex MGA, Inc., without prejudice, each party to bear

1

its own attorney's fees and costs.

| MORRIS LAW GROUP | CRAIG P. KENNY & ASSOCIATES |
|---|---|
| By: /s/ Steve Morris | By: /s/ Lawrence Mittin |
| Steve Morris, No. 1543<br>Rosa Solis-Rainey, No. 7921<br>411 E. Bonneville Ave., Ste 360<br>Las Vegas, NV 89101<br>rsr@morrislawgroup.com<br>sm@morrislawgroup.com | Lawrence Mittin<br>501 S. 8th Street<br>Las Vegas, NV 89101<br>lmitten@cpklaw.com |
| Attorneys for Defendant,<br>*AUTOTEX MGA, INC.* | Attorney for Plaintiff<br>*KELLEY HAYES* |

### ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal Without Prejudice as to Defendant Autotex MGA, Inc., (ECF No. 52), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Autotex MGA, Inc.'s Motion to Dismiss, (ECF No. 26), is **DENIED without prejudice as moot**.

**DATED** this  17  day of April, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT