CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
WING YAN WONG, ESQ.
Nevada Bar No. 13622
DANIEL D. O'SHEA, ESQ.
Admitted *Pro Hac Vice*
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: cmariam@grsm.com
rschumacher@grsm.com
wwong@grsm.com
doshea@grsm.com

*Attorneys for DMA Claims Management, Inc. and DMA Claims, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLEY HAYES, | Case No.: 2:18-cv-01938-GMN-NJK |
| Plaintiff, | *Honorable Gloria M. Navarro* |
| vs. | *Magistrate Judge Nancy J. Koppe* |
| ATX PREMIER INSURANCE COMPANY; NATIONSBUILDERS INSURANCE SERVICES, INC.; DMA CLAIMS MANAGEMENT, INC., | **JOINT MOTION TO DISMISS DMA CLAIMS MANAGEMENT, INC. WITH PREJUDICE** |
| Defendants. | |

Plaintiff Kelley Hayes on behalf of minor child I.R. and DMA Claims Management, Inc., by and through their respective attorneys of record, stipulate and agree that Plaintiff's claims, whether asserted or not asserted and however styled, against DMA Claims Management, Inc. and other DMA entities, in the above-entitled action shall be dismissed with prejudice. Each party to bear its own attorneys' fees, costs, and expenses.

In Plaintiff's First Amended Complaint, Plaintiff had brought claims against a different entity, DMA Claims, Inc.[1]  *See* ECF No. 6, Exhibit A.  On March 8, 2019, the Court granted Plaintiff's Motion to file a Second Amended Complaint (ECF No. 43), which dismissed DMA Claims, Inc. and permitted Plaintiff to name DMA Claims Management, Inc. as an additional defendant.  *See* ECF No. 43.  Plaintiff's Second Amended Complaints no longer included claims against DMA Claims, Inc.  *See* ECF No. 44.  On May 3, 2019, the Court granted Plaintiff's Motion to file a Third Amended Complaint, permitting Plaintiff to name ATX Premier Insurance company and Nationsbuilders Insurance Services, Inc. as additional defendants.  *See* ECF No. 53.  Plaintiff's operative Third Amended Complaint also did not include any claims against DMA Claims, Inc.  *See* ECF No. 57.

To the extent there is any uncertainty, Plaintiff and DMA Claims, Inc. agree that Plaintiff's claims against DMA Claims, Inc. are also dismissed with prejudice, with each party to bear its own fees, costs, and expenses.

DATED this 25th day of September, 2019                DATED this 25th day of September, 2019.

**CRAIG P. KENNY & ASSOCIATES**                **GORDON REES SCULLY MANSUKHANI, LLP**

/s/ Lawrence E. Mittin                                         /s/ Robert E. Schumacher
LAWRENCE E. MITTIN, ESQ.                         CRAIG J. MARIAM, ESQ.
Nevada Bar No. 5428                                         Nevada Bar No. 10926
501 S. 8th Street                                                 ROBERT E. SCHUMACHER, ESQ.
Las Vegas, Nevada 89101                                 Nevada Bar No. 7504
***Attorney for Plaintiff Kelley Hayes, as natural***   Daniel D. O'Shea, Esq.
***parent of minor I.R.***                                          Admitted *Pro Hac Vice*
                                                                           WING YAN WONG, ESQ.
                                                                           Nevada Bar No. 13622
                                                                           300 South 4TH Street, Suite 1550
                                                                           Las Vegas, Nevada 89101
                                                                           ***Attorney for Defendant,***
                                                                           ***DMA Claims Management, Inc. and***
                                                                           ***DMA Claims, Inc.***

---

[1] Plaintiff's initial Complaint was not served upon DMA Claims, Inc. or DMA Claims Management, Inc.  DMA Claims, Inc. removed this action from the Eighth Judicial District Court for Clark County, Nevada after it was served with process and the First Amended Complaint.  ECF No. 6.

## **ORDER**

**IT IS HEREBY ORDERED** that the above Joint Motion to Dismiss Claims Against Defendant DMA Claims Management, Inc. with Prejudice, (ECF No. 88), is **GRANTED**.

**IT IS FURTHER ORDERED** that in light of the above, the Motion to Dismiss, (ECF No. 17), and the Motion to Dismiss, (ECF No. 61), filed by Defendant DMA Claims Management, Inc. are **DENIED** as moot.

**DATED** this __26__ day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court