CRAIG J. MARIAM, ESQ.
Nevada Bar No. 10926
ROBERT E. SCHUMACHER, ESQ.
Nevada Bar No. 7504
WING YAN WONG, ESQ.
Nevada Bar No. 13622
DANIEL D. O'SHEA, ESQ.
Admitted *Pro Hac Vice*
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: cmariam@grsm.com
         rschumacher@grsm.com
         wwong@grsm.com
         doshea@grsm.com

*Attorneys for DMA Claims Management, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLEY HAYES,<br><br>             Plaintiff,<br><br>vs.<br><br>ATX PREMIER INSURANCE COMPANY;<br>NATIONSBUILDERS INSURANCE SERVICES,<br>INC.; DMA CLAIMS MANAGEMENT, INC.,<br><br>             Defendants. | Case No.: 2:18-cv-01938-GMN-NJK<br><br>*Honorable Gloria M. Navarro*<br><br>*Magistrate Judge Nancy J. Koppe*<br><br>**JOINT MOTION TO DISMISS<br>CROSSCLAIMS WITHOUT<br>PREJUDICE** |

       Defendants NATIONSBUILDERS INSURANCE SERVICES, INC., ATX PREMIER

INSURANCE COMPANY, and DMA CLAIMS MANAGEMENT, INC. (collectively as

"Parties" or individually as "Party"), by and through their respective attorneys of record,

stipulate and agree that the cross-claims between Defendants in the above-entitled action, ECF

No. 62, 73, 74, 75, shall be dismissed *without* prejudice in accordance with Fed. R. Civ. P.

41(a)(2), with each Party to bear its own attorneys' fees and costs as to said cross-claims.

By way of this dismissal, each of the Parties does not waive any of its rights, claims, or defenses as to each other Party or Plaintiff. The dismissal is to narrow the issues and claims in this action, and is not made for any improper purpose. This dismissal will not impact Plaintiff's claims against each of the Defendants or the current discovery and dispositive motion deadlines.

DATED this 25th day of September, 2019            DATED this 25th day of September, 2019.

**WILSON, ELSER, MOSKOWITZ,**            **GORDON REES SCULLY**
**EDELMAN & DICKER LLP**                 **MANSUKHANI, LLP**


/s/ John H. Podesta_____      /s/ Robert E. Schumacher_____
JOHN H. PODESTA, ESQ.                     CRAIG J. MARIAM, ESQ.
Nevada Bar No. 7487                       Nevada Bar No. 10926
525 Market Street, 17th Floor             ROBERT E. SCHUMACHER, ESQ.
San Francisco, CA 94105                   Nevada Bar No. 7504
***Attorney for Defendants,***            WING YAN WONG, ESQ.
***ATX PREMIER INSURANCE COMPANY and***   Nevada Bar No. 13622
***NATIONSBUILDERS INSURANCE***           300 South 4TH Street, Suite 1550
***SERVICES, INC.***                      Las Vegas, Nevada 89101
                                          ***Attorney for Defendant,***
                                          ***DMA CLAIMS MANAGEMENT, INC.***


### ORDER

**IT IS HEREBY ORDERED** that the above Joint Motion to Dismiss Crossclaims without Prejudice, (ECF No. 87), is **GRANTED**.

**DATED** this  27  day of September, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court